IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOBRAN SAAD AL-QUHTANI, )
    Detainee, )
    Guantanamo Bay Naval Station )
    Guantanamo Bay, Cuba; )
     )
NAWAL MADAY AL-QUHTANI, )
     )
    as Next Friend of Jobran Saad Al-Quhtani; )
     )
                    *Petitioners/Plaintiffs*, )
     )
     )    PETITION FOR WRIT
     )    OF HABEAS CORPUS
              v. )
     )
     )    No. 05-CV-2387 (RMC)
     )
GEORGE W. BUSH, )
    President of the United States )
    The White House )
    1600 Pennsylvania Ave., N.W. )
    Washington, D.C. 20500; )
     )
DONALD RUMSFELD, )
    Secretary, United States )
    Department of Defense )
    1000 Defense Pentagon )
    Washington, D.C. 20301-1000; )
     )
ARMY BRIG. GEN. JAY HOOD, )
    Commander, Joint Task Force - GTMO )
    JTF-GTMO )
    APO AE 09360; and )
     )
ARMY COL. MIKE BUMGARNER, )
    Commander, Joint Detention )
        Operations Group - JTF-GTMO, )
    JTF-GTMO )
    APO AE 09360, )
     )
                    *Respondents/Defendants.* )

Case 1:05-cv-02387-UNA    Document 2    Filed 12/15/2005    Page 2 of 5

**NOTICE**

Attached for filing in the above referenced case is Exhibit A, Authorization of Nawal Maday Al-Quhtani, which counsel inadvertently failed to attach to the Petition for Writ of Habeas Corpus filed December 13, 2005.

Date: December 15, 2005              Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

/S/
_____
MARY MANNING PETRAS
Assistant Federal Public Defender

/S/
_____
KETANJI JACKSON
Assistant Federal Public Defender

625 Indiana Avenue, N.W.
Suite 550
Washington, D.C. 20004
(202) 208-7500

FROM : BELL SOUND INTL. CALL CABIN        PHONE NO. : 4282787              Nov. 19 2005 09:23AM P11

Date: _____, 2005

## Authorization

I am __Nawal Maday Al-Quhtani__, and I have had the concept of 'next friend' explained to me in my native language. I wish to act as next friend for my __husband__, who is a prisoner being held in Guantanamo Bay, and whose name is __Jabran Saad Al-Quhtani__ (the 'prisoner'). I hereby authorize Tina Foster (and the Center for Constitutional Rights), as well as Clive Stafford Smith (and Justice In Exile), and any person assigned by these lawyers, to act on my behalf and on the prisoner's behalf, to secure any documents and information concerning the prisoner that are necessary for his defense, and to seek whatever redress they believe to be in his best interests, in the courts of the United States, and in any other legal forum available. I am sure that he would want me to assert these rights. He is a citizen of __Saudi__.

X __Nawal Maday Al-Quhtani__
Next Friend

Witnessed:

_____
Print Name:

## Certificate of Service

I hereby certify a true and correct copy of the foregoing instrument has been served by

Certified Mail, Return Receipt Requested, to the following persons:

**Kenneth L. Wainstein**
U.S. Attorney
District of Columbia District
Judiciary Center
555 4th Street, N.W.
Washington, DC 20530

**George W. Bush**
President, United States of America
The White House
1600 Pennsylvania Avenue, N.W.
Washington, Dc 20301-10000

**Alberto R. Gonzales**
Attorney General of the United States
U.S. Department of Justice
Robert F. Kennedy Building
Tenth Street & Constitution Avenue, N.W.
Room 5111
Washington, DC 20301-1000

**Donald Rumsfeld**
Secretary, U.S. Dep't. of Defense
1000 Defense Pentagon
Washington, DC 20301-1000

**Army Brig. Gen. J. Hood**
Commander, Joint Task Force-GTMO
JTF-GTMO
APO AE 09360

**Army Col. Bumgarner**
Commander, JDOG
JFT-GTMO
APO AE 09360

**Brig. Gen. Hood**
United States Army
Army Pentagon
Washington, DC 20310-0200

**Army Col. Bumgarner**
United States Army
Army-Pentagon
Washington, DC 20310-0200

/S/
_____
Mary Manning Petras

Dated: December 15, 2005