IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOBRAN SAAD AL-QUHTANI,<br>    Detainee,<br>    Guantanamo Bay Naval Station<br>    Guantanamo Bay, Cuba;<br><br>NAWAL MADAY AL-QUHTANI,<br><br>    as Next Friend of Jobran Saad Al-Quhtani;<br><br>              *Petitioners/Plaintiffs*,<br><br>v.<br><br>GEORGE W. BUSH,<br>    President of the United States<br>    The White House<br>    1600 Pennsylvania Ave., N.W.<br>    Washington, D.C. 20500;<br><br>DONALD RUMSFELD,<br>    Secretary, United States<br>    Department of Defense<br>    1000 Defense Pentagon<br>    Washington, D.C. 20301-1000;<br><br>ARMY BRIG. GEN. JAY HOOD,<br>    Commander, Joint Task Force - GTMO<br>    JTF-GTMO<br>    APO AE 09360; and<br><br>ARMY COL. MIKE BUMGARNER,<br>    Commander, Joint Detention<br>        Operations Group - JTF-GTMO,<br>    JTF-GTMO<br>    APO AE 09360,<br><br>               *Respondents/Defendants*. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  No.  05-CV-2387<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

<u>MOTION FOR APPOINTMENT OF COUNSEL</u>

Mr. Jobran Saad Al-Quhtani, through his wife and Next Friend Nawal Maday Al-Quhtani, respectfully moves this Honorable Court to appoint undersigned counsel. In support of this motion, counsel states:

1. On October 5, 2005, The Honorable Chief Judge Hogan, pursuant to the agreement of the Judges of the Court acting in Executive Session, September 13, 2005, appointed a number of Federal Public Defender offices to represent each of the petitioners held at the United States Naval Station at Guantánamo Bay, Cuba ("Guantanamo"), who had filed a *pro se* Petition for Writ of Habeas Corpus.

2. On December 13, 2005, undersigned counsel filed a Petition for Writ of Habeas Corpus in the above captioned case, on Mr. Al-Quhtani's behalf.

3. Undersigned counsel, Assistant Federal Public Defenders, were asked to file the petition in this case immediately. Because of the urgency involved, the petition was filed prior to appointment by the Court. Appointment of the Federal Public Defender Office in the District of Columbia does not present any of the issues presented by appointment of private counsel, who may seek fees and/or expenses under the Criminal Justice Act, or of other federal defender offices, whose lawyers may not be admitted to practice in D.C.

4. Petitioner Al-Quhtani has been held for several years at the United States Naval Station at Guantánamo Bay, Cuba, and does not have the ability to retain counsel. His wife, through the Center for Constitutional Rights, has requested and authorized counsel to act on his behalf.

WHEREFORE, for the foregoing reasons, Mr. Al-Quhtani, through undersigned counsel, respectfully requests that the Court issue the attached order, appointing the Federal Public Defender for the District of Columbia.

Date: December 16, 2005                    Respectfully submitted,

                                           A.J. KRAMER
                                           FEDERAL PUBLIC DEFENDER

                                                   /s/
                                           _____
                                           MARY MANNING PETRAS
                                           Assistant Federal Public Defender

                                                   /s/
                                           _____
                                           KETANJI JACKSON
                                           Assistant Federal Public Defender

                                           625 Indiana Avenue, N.W.
                                           Suite 550
                                           Washington, D.C. 20004
                                           (202) 208-7500

## Certificate of Service

I hereby certify a true and correct copy of the foregoing instrument has been served by Certified Mail, Return Receipt Requested, to the following persons:

**Kenneth L. Wainstein**
U.S. Attorney
District of Columbia District
Judiciary Center
555 4th Street, N.W.
Washington, DC 20530

**George W. Bush**
President, United States of America
The White House
1600 Pennsylvania Avenue, N.W.
Washington, Dc 20301-10000

**Alberto R. Gonzales**
Attorney General of the United States
U.S. Department of Justice
Robert F. Kennedy Building
Tenth Street & Constitution Avenue, N.W.
Room 5111
Washington, DC 20301-1000

**Donald Rumsfeld**
Secretary, U.S. Dep't. of Defense
1000 Defense Pentagon
Washington, DC 20301-1000

**Army Brig. Gen. J. Hood**
Commander, Joint Task Force-GTMO
JTF-GTMO
APO AE 09360

**Army Col. Bumgarner**
Commander, JDOG
JFT-GTMO
APO AE 09360

**Brig. Gen. Hood**
United States Army
Army Pentagon
Washington, DC 20310-0200

**Army Col. Bumgarner**
United States Army
Army-Pentagon
Washington, DC 20310-0200

                                            /s/
                                 Mary Manning Petras

Dated: December 16, 2005