IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JOBRAN SAAD AL-QUHTANI, et al.** | ) |
| *Petitioners/Plaintiffs*, | ) ) ) ) **PETITION FOR WRIT** |
| | ) **OF HABEAS CORPUS** |
| v. | ) ) |
| | ) **No. 05-CV-2387 (RMC)** |
| **GEORGE W. BUSH, et al.** | ) ) ) |
| *Respondents/Defendants*. | ) |

## ORDER

Upon consideration of Petitioner's Motion for Appointment of Counsel and finding good cause shown, it is this __ day of _____, 2005, hereby

ORDERED that the motion is GRANTED, and it is further

ORDERED that the Federal Public Defender for the District of Columbia is appointed to represent Petitioner.

_____
Rosemary M. Collyer
United States District Judge

Date: _____