IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JOBRAN SAAD AL-QUHTANI, <br>     Detainee, <br>     Guantanamo Bay Naval Station <br>     Guantanamo Bay, Cuba; <br><br> NAWAL MADAY AL-QUHTANI, <br><br>     as Next Friend of Jobran Saad Al-Quhtani; <br><br>                  *Petitioners/Plaintiffs*, <br><br><br>                 v. <br><br><br> GEORGE W. BUSH, <br>     President of the United States <br>     The White House <br>     1600 Pennsylvania Ave., N.W. <br>     Washington, D.C. 20500; <br><br> DONALD RUMSFELD, <br>     Secretary, United States <br>     Department of Defense <br>     1000 Defense Pentagon <br>     Washington, D.C. 20301-1000; <br><br> ARMY BRIG. GEN. JAY HOOD, <br>     Commander, Joint Task Force - GTMO <br>     JTF-GTMO <br>     APO AE 09360; and <br><br> ARMY COL. MIKE BUMGARNER, <br>     Commander, Joint Detention <br>        Operations Group - JTF-GTMO, <br>     JTF-GTMO <br>     APO AE 09360, <br><br>                  *Respondents/Defendants*. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | <br><br><br><br><br><br><br><br><br><br><br><br><br><br> No.  05-CV-2387 |

MOTION FOR REFERRAL TO MAGISTRATE

Mr. Jobran Saad Al-Quhtani, through his wife and Next Friend Nawal Maday al-Quhtani, respectfully moves this Honorable Court to refer this matter to Magistrate Judge Alan Kay pursuant LCvR 72.2(a) to consider a motion for appointment of counsel and a motion for entry of the protective orders which would permit counsel to meet with Mr. al-Quhtani. In support of this motion, counsel states:

1. On October 5, 2005, the Honorable Chief Judge Hogan, pursuant to the agreement of the Judges of the Court acting in Executive Session, on September 13, 2005, appointed a number of Federal Public Defender offices to represent petitioners held at the United States Naval Station at Guantánamo Bay, Cuba ("Guantanamo") who had filed *pro se* petitions for a Writ of Habeas Corpus.

2. On November 2, 2005, the Honorable Gladys Kessler, acting on behalf of the Calendar and Case Management Committee of the United States District Court for the District of Columbia, issued an Order in all cases involving habeas petitions relating to the rights of detainees held at Guantanamo. The Order referred to Magistrate Kay "all disputes pertaining to logistical issues, such as communications with or visits to clients . . . ."

3. On December 13, 2005, undersigned counsel filed a Petition for Writ of Habeas Corpus in the above captioned case, on Mr. al-Quhtani's behalf.

4. Undersigned counsel, Assistant Federal Public Defenders, were asked to file the petition in this case immediately. Because of the urgency involved, the petition was filed prior to appointment by the Court. Counsel then filed a motion for appointment.

5. On December 30, 2005, the President signed into law the Detainee Treatment Act

("DTA"). In an Order dated, January 27, 2006, the Court denied without prejudice counsels' motion for appointment, along with all other motions pending in cases filed by detainees held at Guantánamo.

6. The issues counsel now seeks to have resolved – appointment of counsel and entry of the protective orders – relate to logistical and access issues. However, Judge Kessler's Order of November 2, 2005 has not been entered in this case because this matter was filed after the date of the Order. Without resolution of these issues, counsel has been unable to meet with Mr. al-Quhtani. Although counsel has been to Guantanamo on two occasions for legal visits with other clients, the government has refused to permit counsel to visit with Mr. al-Quhtani because the protective orders have not been entered.

WHEREFORE, for the foregoing reasons, Mr. al-Quhtani, through undersigned counsel, respectfully requests that the Court refer this matter to Magistrate Kay to determine motions regarding appointment of counsel and entry of the protective orders.

        Respectfully submitted,

        A.J. KRAMER
        FEDERAL PUBLIC DEFENDER

        /s/
        _____
        MARY MANNING PETRAS
        Assistant Federal Public Defender

        /s/
        _____
        KETANJI JACKSON
        Assistant Federal Public Defender
        625 Indiana Avenue, N.W.
        Suite 550
        Washington, D.C. 20004
        (202) 208-7500