IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JOBRAN SAAD AL-QUHTANI, *et al.*, ) ) Petitioners, ) ) v. ) ) GEORGE W. BUSH, ) President of the United States, ) *et al.*, ) ) Respondents. ) ) | Civil Action No. 05-CV-2387 (RMC) |

### RESPONDENTS' NOTICE REGARDING PETITIONERS' MOTION FOR REFERRAL TO MAGISTRATE

Respondents hereby submit the following notice regarding petitioners' motion for referral to magistrate (dkt. no. 8).

On January 27, 2006, this Court stayed "all action" in the above-captioned case and denied all pending motions without prejudice pending resolution by the D.C. Circuit of "serious questions concerning whether this Court retains jurisdiction to hear the above-captioned cases" after the Detainee Treatment Act of 2005, Pub. L. No. 109-148, tit. X, 119 Stat. 2680, became law (dkt. no. 7).[1]  Because the Court has stayed "all action" in this case, absent further direction from the Court, respondents do not intend to submit a substantive response to petitioners' request for relief at this time.[2]  Respondents reserve their right to submit a memorandum in opposition to

---

[1] Oral argument before the D.C. Circuit was held on March 22, 2006.

[2] Respondents note that, to the extent that petitioners' motion for referral is an attempt to circumvent the Court's January 27, 2006 stay in this case by requesting that Magistrate Judge Kay consider requests for relief that would otherwise be subject to the Court's stay, such a motion is improper.

petitioners' motion for referral to magistrate containing a substantive response opposing petitioners' request for relief in the future if so directed by the Court.

Dated: May 25, 2006                    Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DOUGLAS N. LETTER
Terrorism Litigation Counsel

      /s/ Preeya M. Noronha
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
TERRY M. HENRY
JAMES J. SCHWARTZ
PREEYA M. NORONHA
ROBERT J. KATERBERG
NICHOLAS J. PATTERSON
ANDREW I. WARDEN
EDWARD H. WHITE
MARC A. PEREZ
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC  20530
Tel:  (202) 514-4107
Fax:  (202) 616-8470

Attorneys for Respondents