IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOBRAN SAAD AL-QUHTANI,<br>    Detainee,<br>    Guantanamo Bay Naval Station<br>    Guantanamo Bay, Cuba;<br><br>NAWAL MADAY AL-QUHTANI,<br>    as Next Friend of Jobran Saad Al-Quhtani;<br><br>        *Petitioners*,<br><br>        v.<br><br>GEORGE W. BUSH,<br>    President of the United States,<br>    *et al.*,<br><br>        *Respondents*. | No. 05-CV-2387 (RMC) |

**RESPONSE TO RESPONDENTS' NOTICE REGARDING
PETITIONERS' MOTION FOR REFERRAL TO MAGISTRATE**

    Mr. Jobran Saad al-Quhtani, through his wife and Next Friend Nawal Maday al-Quhtani, respectfully submits the following in reply to the Respondents' Notice Regarding Petitioners' Motion for Referral to Magistrate.

    1.    On May 10, 2006, petitioners filed a motion (dkt. no. 8) requesting that this Honorable Court refer this matter to Magistrate Judge Alan Kay pursuant LCvR 72.2(a) to consider a motion for appointment of counsel and a motion for entry of the protective orders which would permit counsel to meet with Mr. al-Quhtani.

    2.    On May 25, 2006, respondents filed a notice in regard to petitioners' motion, stating that they would not submit a substantive response absent further direction from the Court because the Court has stayed the proceedings in this matter pending the D.C. Circuit's resolution

of jurisdictional questions that have arisen as a result of the Detainee Treatment Act ("DTA").

3. Petitioners respectfully submit that, notwithstanding the stay, it is entirely appropriate for this Court to refer this matter to Judge Kay for the purpose of appointing counsel and entering the protective orders. See, e.g., *Ahmed v. Bush*, No. 05-1234 (EGS) (D.D.C., Mar. 21, 2006, and Mar. 17, 2006) (minute orders) (granting motion for entry of protective order in a case that was stayed pending the Court of Appeals's resolution of DTA-related jurisdictional issues).

4. Petitioner notes that, in cases filed by individuals detained at the United States Naval Station at Guantánamo Bay, Cuba ("Guantánamo"), at least seven judges have acted on motions to enter, and have entered, protective orders after the enactment of the DTA, despite any stays. These judges and the cases in which they have entered post-DTA protective orders are:

The Honorable James Robertson

*Awad v. Bush*, 05-cv-2379, (D.D.C. Apr. 11, 2006)
*Khiali-Gul v. Bush*, 05-cv-877 (D.D.C., Jan. 6, 2006)

The Honorable Emmet G. Sullivan

*Ahmed v. Bush*, 05-cv-1234 (D.D.C., Mar. 2, 2006)
*Wahab v. Bush*, 05-cv-886 (D.D.C., Jan. 10. 2006)
*Razakah v. Bush*, 05-cv-2370 (D.D.C., Mar. 17, 2006)

The Honorable Ricardo M. Urbina

*Faizullah v. Bush*, 05-cv-01489 (D.D.C. April 21, 2006)
*Sohail v. Bush*, 05-cv-00993 (D.D.C. April 21, 2006)
*Al Shareef v. Bush*, 05-cv-2458 (D.D.C., Apr. 12, 2006)

The Honorable Reggie B. Walton

*Bostan v. Bush*, 05-cv-883 (D.D.C., Jan. 9, 2006)
*Mohammad v. Bush*, 05-cv-879 (D.D.C., Jan. 9, 2006)

The Honorable Paul L. Friedman

*Al Salami v. Bush*, 05-cv-2452 (D.D.C. Apr. 14, 2006)

The Honorable Richard W. Roberts

*Zadran v Bush*, 05-cv-2367 (D.D.C., Apr. 12, 2006)
*Alsaaei v. Bush*, 05-cv-2369 (D.D.C., Apr. 12, 2006)
*Said v. Bush*, 05-cv-2384 (D.D.C., Apr. 12, 2006)

The Honorable Ellen Segal Huvelle

*Thabid v. Bush*, 05-cv-2398 (D.D.C., Mar. 21, 2006)

5.    Petitioners have a right to counsel under the rule in *Al Odah v. United States*, 346 F.Supp. 2d 1, 8 (D.D.C. 2004). Addressing issues relating to petitioners' access to counsel is appropriate regardless of the pending appeals regarding the applicability of the DTA. As Judge Roberts recently stated in an order addressing enforcement of the protective orders entered prior to the DTA,

> [t]he premise of [the government's] argument—that this court is without jurisdiction to entertain any habeas corpus petition filed by a Guantanamo detainee, including one already pending when the Detainee Treatment Act was signed into law on December 30, 3005—is a disputed issue that was litigated and is currently under consideration by the United States Court of Appeals for the District of Columbia Circuit. See Kalid v. Bush, 355 F. Supp. 2d 311 (D.D.C. 2005), appeal docketed sub nom. Boumediene v. Bush, Nos. 05-5062, 05-5063 (D.C. Cir., Mar. 10, 2005). Until that dispute is resolved, respondents' argument is premature.

*Adem v. Bush, et al.*, 05-CV-723 (RWR), Memorandum Opinion and Order at 16-17 (April 28, 2006 ); accord *Said v. Bush*, 05-2384 (RWR), Memorandum Order at 4 (May 23, 2006) (ordering respondents to file a factual return notwithstanding the pending litigation in the Court of Appeals because "[w]hatever forum is ultimately held to be the proper one to rule on a pre-DTA habeas petition, it is hardly sensible to withhold what no one disputes petitioners will

ultimately be likely to receive").

WHEREFORE, for all of the foregoing reasons—including the reasons stated in Petitioners' Motion for Referral to Magistrate (dkt. no. 8)—Mr. al-Quhtani, through undersigned counsel, respectfully requests that this Court refer this matter to Magistrate Kay to determine motions regarding appointment of counsel and entry of the protective orders.

                Respectfully submitted,

                A.J. KRAMER
                FEDERAL PUBLIC DEFENDER

                    /s/
                _____
                MARY MANNING PETRAS
                Assistant Federal Public Defender

                    /s/
                _____
                KETANJI JACKSON
                Assistant Federal Public Defender
                625 Indiana Avenue, N.W.
                Suite 550
                Washington, D.C. 20004
                (202) 208-7500