**Robert D. Rachlin**

**From:** Seema Ahmad [Sahmad@ccr-ny.org]
**Sent:** Thursday, June 08, 2006 18:19
**To:** Robert D. Rachlin; Broyles, Bryan, LTC, DoD OGC
**Cc:** Gitanjali Gutierrez
**Subject:** RE: Al-Qahtani Motion

Bob,

Please consider this email a formal request that you appear as the attorney for Jobran Al Qahtani, a foreign national being held at Guantánamo Bay. The attached document authorizes CCR to represent the detainee or assign a lawyer to act on his behalf.

Thank you.

Seema

Seema Ahmad
Paralegal, Guantánamo Global Justice Initiative
Center for Constitutional Rights
666 Broadway, 7th Floor
New York, NY 10012
Tel: 212.614.6437
Fax: 212.614.6499
sahmad@ccr-ny.org