# Trial Terms of the Military Commission
## Guantanamo Naval Base, Cuba
24 May 2006

Setting trial terms and a docket requires full consideration of many factors, to include: the needs of the accused, counsel, and other participants; logistics; and long-range planning requirements. To best accommodate these needs, and so as to provide full and fair trials, the Presiding Officers have established the below trial terms. Some of these trial terms already have business docketed. Future trial orders and docketing decisions will be announced to associate specific cases and business with specific trial terms and dates.

*In addition:*
- Other trial terms may be added as necessary.
- Cases may be added to a trial term at any time.
- Trial terms may be extended to accommodate sessions that will require more than one week.

Counsel are responsible for being available to be present at ALL trial terms. Counsel must have absences from a trial term approved by the Presiding Officer.

---

12 June – 16 June 2006: Motions, *US v. Muhammad*.

19 June – 23 June: *US v. al Bahlul (Monday), US v. al Qahtani (Tuesday)* and *US v. Barhoumi (Wednesday)*.

26 June – 7 July (Two weeks.): Law motions in *US v. Khadr*.

24 July – 28 July 2006: *US v. al Qahtani* law motions.

31 July – 4 August 2006: Law motions, *US v. Muhammad*.

21 August – 1 September (Two weeks.): US v. *Zahir* law motions followed by evidentiary motions in *US v. Khadr*.

12 September – 29 September 2006 (Three weeks). Motions, *US v. Zahir* followed by trial *in US v. Khadr*. Trial in *US v Khadr* continues until completed.


/s/
Keith Hodges
Assistant to the Presiding Officers