|  |  |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>JABRAN SAID BIN AL QAHTANI<br>a/k/a Salam al Farsi<br>a/k/a Hateb<br>a/k/a Jabran al Qahtan<br>a/k/a Saad Wazar Hatib Jabran<br>a/k/a Jabran Saad Wazar Sulayman<br>a/k/a Jabran Wazar | **Protective Order # 2**<br>Protection of Identities of<br>Investigators and Interrogators<br><br>**23 January 2006** |

*This Protective Order has been issued pursuant to Commission Law sua sponte by the Presiding Officer to ensure the protection of information, and so that the parties may begin the discovery process thus ensuring a full and fair trial. Counsel who desire this order modified or rescinded shall follow the Procedures in POM 9-1.*

1. This Protective Order protects the identities of law enforcement, intelligence, or other investigators and interrogators working on behalf of their government (collectively referred to as "investigators and interrogators") who participated in the investigation of the accused.

2. The names and background information of investigators and interrogators are considered sensitive material that constitutes Protected Information in accordance with Military Commission Order No. 1, Section 6(D)(5).

3. Accordingly, IT IS HEREBY ORDERED:

    a. Names or other identifying information of investigators and interrogators that have been or may, from time to time, be disseminated to Defense Counsel for the accused, may be disclosed to members of the Defense team, such as paralegals, investigators, and administrative staff, with an official need to know. However, such information shall not be disclosed to the accused or to anyone outside of the Defense team other than the Military Commission panel subject to the limitations below; and

    b. Names or other identifying information of investigators and interrogators shall not be disclosed in open court or in any unsealed filing. Any mention of the name or other identifying information of investigators and interrogators must occur in closed session and any filing to the Military Commission panel that includes such information shall be filed under seal.

4. The following actions do not violate this protective order:

    a. Showing pictures of individuals who had questioned the accused for the purposes of discussing the nature of those interrogations with the accused;

    b.  Using "nicknames" or any other name (aliases) that the individual who questioned the accused told to the accused when questioned.  This does NOT include any name that the accused may have learned through some other means other than the individual themselves; and

    c.  Using physical descriptions of the individual who questioned the accused for the purposes of the defense discussing with the accused that specific interrogation.

5.  The protective order protects the true identities of the individual from release to the accused and the public and of course any private information relating to the individual (family names, addresses, phone numbers, etc.).

6.  Either party may file a motion for appropriate relief to obtain an exception to this Order should they consider it necessary for a full and fair trial.

7.  Any breach of this Protective Order may result in disciplinary action or other sanctions.


IT IS SO ORDERED

/s/
DANIEL E. O'TOOLE
CAPTAIN, JAGC, U.S. NAVY
Presiding Officer