UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOBRAN SAAD AL-QUHTANI, by his wife and next friend, Nawal Maday Al-Quhtani,<br>           Petitioner,<br><br>v.<br><br>GEORGE W. BUSH, President of the United States; DONALD RUMSFELD, United States Secretary of Defense; Brigadier General JAY HOOD, Commander, Joint Task Force, Guantánamo Bay, Cuba, and Colonel MIKE BUMGARNER, Commander, Joint Detention Operations Group, Joint Task, Guantánamo Bay, Cuba,<br>           Respondents. | 1:05-cv-2387-RMC |

## CORRECTION TO PETITIONER JOBRAN SAAD AL-QUHTANI'S EMERGENCY MOTION TO ENJOIN MILITARY COMMISSION PROCEEDINGS AGAINST HIM AT LEAST UNTIL ENTRY OF THE DECISION IN HAMDAN V. RUMSFELD (U.S. SUPREME COURT, DOCKET NO. 05-184)

Petitioner Jobran Saad Al-Quhtani corrects a non-material error in his *Emergency Motion to Enjoin Military Commission Proceedings* [Doc 11]. On page 6 of the motion, the following should be corrected:

> "A copy of the latest Commission designation of trial terms, dated May 20, 2006, is attached hereto as <u>Exhibit H</u>. *See* designation of Petitioner's case for the weeks of July 10 and July 24."

It should read as follows:

> "A copy of the latest Commission designation of trial terms, dated May **24**, 2006, is

attached hereto as <u>Exhibit H</u>. *See* designation of Petitioner's case for the weeks of **June 19** and July 24." (Corrections in boldface)

Burlington, Vermont
June 9, 2006

                                          DOWNS RACHLIN MARTIN PLLC

                                        By _____
                                            Robert D. Rachlin
                                            199 Main Street
                                            P.O. Box 190
                                            Burlington, VT 05402-0190
                                            Telephone: 802-863-2375
                                            Fax: 802-862-7512

                                            ATTORNEYS FOR PETITIONER
                                            JOBRAN SAAD AL-QUHTANI

BTV.496777.1