UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOBRAN SAAD AL-QUHTANI, by his wife )
and next friend, Nawal Maday Al-Quhtani, )
          Petitioner, )
    )
    )
  v. )
    )
GEORGE W. BUSH, President of the United )
States; DONALD RUMSFELD, United States )
Secretary of Defense; Brigadier General JAY )
HOOD, Commander, Joint Task Force, )    1:05-cv-2387-RMC
Guantánamo Bay, Cuba, and Colonel MIKE )
BUMGARNER, Commander, Joint Detention )
Operations Group, Joint Task, Guantánamo Bay, )
Cuba, )
          Respondents. )
    )

## WITHDRAWAL WITHOUT PREJUDICE OF PETITIONER JOBRAN SAAD AL-QUHTANI'S EMERGENCY MOTION TO ENJOIN MILITARY COMMISSION PROCEEDINGS AGAINST HIM AT LEAST UNTIL ENTRY OF THE DECISION IN HAMDAN V. RUMSFELD (U.S. SUPREME COURT, DOCKET NO. 05-184)

Petitioner Jobran Saad Al-Quhtani **WITHDRAWS WITHOUT PREJUDICE** his

Emergency Motion to Enjoin Military Commission Proceedings against him at Least until Entry

of the Decision in Hamdan v. Rumsfeld (U.S. Supreme Court Docket No. 05-184) [Doc No. 11].

This withdrawal without prejudice is predicated on an order of the Appointing Authority dated

June 10, 2006 staying "all sessions in all cases currently referred to trial by Military

Commissions … until further notice." A copy of the order of the Appointing Authority is

appended hereto as Exhibit A

DOWNS
RACHLIN
MARTIN PLLC

Petitioner anticipates that, if hearings are re-set by the Military Commissions in his case, the <u>Emergency Motion</u> (modified as necessary by any changed circumstances) will be re-filed.

Burlington, Vermont
June 12, 2006

DOWNS RACHLIN MARTIN PLLC

By _____
Robert D. Rachlin
199 Main Street
P.O. Box 190
Burlington, VT 05402-0190
Telephone: 802-863-2375
Fax: 802-862-7512

ATTORNEYS FOR PETITIONER
JOBRAN SAAD AL-QUHTANI

BTV 497131.1

DOWNS
RACHLIN
MARTIN PLLC

2