

**DEPARTMENT OF DEFENSE**
**OFFICE OF THE APPOINTING AUTHORITY**
**1600 DEFENSE PENTAGON**
**WASHINGTON, DC 20301-1600**

APPOINTING AUTHORITY
FOR MILITARY COMMISSIONS

June 10, 2006

All sessions in all cases currently referred to trial by Military Commissions are stayed until further notice.

Except for those cases stayed by other, separate orders of the Appointing Authority, the Presiding Officers may conduct or direct others to conduct any business of the Commission – except holding a session of the Commission - as they deem necessary. This includes but is not limited to: issuing orders, issuing rulings, accepting filings, all aspects of motion practice, and those matters the Presiding Officers deem appropriate to prepare for the resumption of trial sessions.

John D. Altenburg, Jr.
Appointing Authority
for Military Commissions