UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOBRAN SAAD AL-QUHTANI,       ) | |
|     ) | |
|    Petitioner     ) | |
|     ) | |
| v.     ) | Civil Action No. 05-2387 (RMC) |
|     ) | |
| GEORGE W. BUSH,     ) | |
|    President of the United States, *et al.*,     ) | |
|    Respondents.     ) | |

EMERGENCY
MOTION FOR APPOINTMENT OF COUNSEL
TO RESPOND TO GOVERNMENT'S MOTION
AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF

Petitioner Jobran Saad Al-Quhtani, through undersigned counsel, respectfully moves this Honorable Court to appoint undersigned counsel in order to afford him an opportunity to respond to the government's motion filed July 7, 2006. In support of this motion, counsel states:

1. Petitioner has filed two previous motions regarding appointment of counsel. (Docket #3 and #8). Along with all other pending motions in matters related to detainees at the Guantanamo Bay Naval Station, the Court denied the first motion without prejudice, pending the resolution of the related matters before the United States Court of Appeals for the District of Columbia Circuit. The Court has not yet ruled on the second.

2. On July 7, 2006, the government filed Respondents' Motion for Procedures Related to Review of Certain Detainee Materials and Request for Expedited Briefing. The motion was served on undersigned counsel. Petitioner's response is due July 21, 2006.

3. Unless the Court appoints undersigned counsel, petitioner will have no means of responding to the government's motion. Petitioner is detained at the Guantanamo Bay Naval Station and, upon information and belief, is unaware of the government's motion.

WHEREFORE, for the foregoing reasons, petitioner respectfully moves this Honorable Court to appoint undersigned counsel to represent him in this matter and file a response to the government's motion.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/
_____
MARY MANNING PETRAS
Assistant Federal Public Defender

/s/
_____
KETANJI JACKSON
Assistant Federal Public Defender

625 Indiana Avenue, N.W., Suite 550
Washington, D.C. 20004
(202) 208-7500