UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOBRAN SAAD AL-QUHTANI, )<br>)<br>    Petitioner )<br>)<br>v. )<br>)<br>GEORGE W. BUSH, )<br>    President of the United States, *et al.*, )<br>    Respondents. ) | Civil Action No. 05-2387 (RMC) |

## ORDER

Upon consideration of Petitioner's Emergency Motion for Appointment of Counsel and finding good cause shown, it is this __ day of _____, 2006, hereby

ORDERED that the motion is GRANTED, and it is further

ORDERED that the Federal Public Defender for the District of Columbia is appointed to represent Petitioner.

_____
ROSEMARY M. COLLYER
UNITED STATES DISTRICT JUDGE

Date: _____