# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

_____
                                        )
**NAME OF DETAINEE,**                   )
    *Petitioner*,   )
                                        )
**v.**                                  )   Civil Action No.05-cv-02387(RMC)
                                        )
                                        )   **NOTICE OF APPEARANCE**
**GEORGE W. BUSH, et al.,**             )
    *Respondents*.  )
_____)

PLEASE TAKE NOTICE that the attorneys listed below will represent Petitioner JOBRAN SAAD AL-QUHTANI, and NAWAL MADAY AL-QUHTANI, as Next Friend of Jobran Saad Al-Quhtani in this matter. Service upon counsel may be made to:

    Charles E. Patterson
    Skye Donald
    Morrison & Foerster LLP
    555 West Fifth Street, Suite 3500
    Los Angeles, CA 90013
    Tel. (213) 892-5200
    Fax: (213) 892-5454
    Email: CPatterson@mofo.com
           SDonald@mofo.com

    G. Brian Busey
    Morrison & Foerster LLP
    2000 Pennsylvania Avenue, N.W., Suite 5500
    Washington, DC 20006-1888
    Phone: (202) 887-1500
    Fax: (202) 887-0763
    Email: GBusey@mofo.com

    Michael A. Jacobs
    Morrison & Foerster LLP
    425 Market Street
    San Francisco, California 94105-2482
    Phone: (415) 268-7000
    Fax: (415) 268-7522
    Email: MJacobs@mofo.com

Counsel for Petitioner certifies, pursuant to L. Cv. R. 83.2(g), that they are representing Petitioner without compensation.

la-903945

Dated: March 29, 2007

                                        Respectfully submitted,

                                        Skye Donald:

                                          /s/ _____
                                        Skye Donald
                                        Morrison & Foerster LLP
                                        555 West Fifth Street, Suite 3500
                                        Los Angeles, CA 90013
                                        Tel. (213) 892-5200
                                        Fax: (213) 892-5454