UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOBRAN SAAD AL-QUHTANI, *et al.*, <br><br> Petitioners, <br><br> v. <br><br> GEORGE W. BUSH, *et al.*, <br><br> Respondents. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )  Civil Action No.  05-2387(RMC) <br> ) <br> ) <br> ) <br> ) <br> ) |

**MEMORANDUM OPINION AND ORDER**

Jobran Saad Al-Quhtani, a detainee at the United States Naval Station in Guantanamo Bay, Cuba, together with next friend Nawal Maday Al-Quhtani, (collectively "Petitioners"), filed a petition for a writ of habeas corpus on December 12, 2005.  Now before the Court are (1) Respondents' Motion to Dismiss and (2) Petitioners' Opposition, Motion to Stay and Hold Proceedings in Abeyance, and Notice of Intent to File a Petition Under the Detainee Treatment Act.  Upon consideration of the pleadings and the case law, *see  Boumediene v. Bush*, 476 F.3d 981 (D.C. Cir. 2007); *Kiyemba v. Bush*, No. 05-5487, 2007 WL 964612 (D.C. Cir. Mar. 22, 2007); *Zalita v. Bush*, No. 07-5129 (D.C. Cir. Apr. 25, 2007) (*per curiam*), it is hereby

ORDERED that Respondents' Motion to Dismiss [Dkt. #21] is **GRANTED**; and it is

**FURTHER ORDERED** that Petitioners' Motion to Stay and Hold Proceedings

in Abeyance [Dkt. #22] is **DENIED**; and it is

      **FURTHER ORDERED** that this case is **DISMISSED** for lack of subject matter jurisdiction and all other pending motions are hereby **DENIED** as moot; accordingly, this case is closed.

      **SO ORDERED.**

                                                /s/
                                ROSEMARY M. COLLYER
                                United States District Judge

DATE: May 10, 2007