IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOBRAN SAAD AL-QUHTANI,<br>    *Petitioner*,<br><br>v.<br><br><br>GEORGE W. BUSH, et al.,<br>    *Respondents*. | Civil Action No.05-cv-02387(RMC)<br>Misc. No. 08-442 (TFH)<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the additional attorneys listed below will represent Petitioner JOBRAN SAAD AL-QUHTANI, and NAWAL MADAY AL-QUHTANI, as Next Friend of Jobran Saad Al-Quhtani, in this matter.

Counsel certify, pursuant to L. Cv. R. 83.2(g), that they are representing Petitioner without compensation.

Dated: August 6, 2008

Respectfully submitted,

/s/ Rachael Clarke_____
Rachael Clarke
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105
Tel.  (415) 268-6000
Fax  (415) 268-7522
Email: rclarke@mofo.com


/s/ Mathew W. dos Santos_
Mathew W. dos Santos
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105
Tel.  (415) 268-6000
Fax  (415) 268-7522
Email: mdossantos@mofo.com

sf-2550101