**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **JOBRAN SAAD AL-QUHTANI, et. al.,**<br>    *Petitioner,*<br><br>v.<br><br>George W. Bush, et. al.,<br>    *Respondent.*<br>**IN RE:**<br><br>**GUANTANAMO BAY<br>DETAINEE LITIGATION** | **Civil Action No. 05-2387 (RMC)**<br><br><br><br><br><br><br>**Misc. No. 08-442 (TFH)** |

**MOTION TO WITHDRAW AS COUNSEL**

Pursuant to L.C.v.R. 83.6, I hereby move to withdraw as counsel for Petitioner Jobran Saad Al-Quhtani in the above-captioned actions. An affidavit respecting the requirements of that rule is attached as Exhibit A.

Dated: January 28, 2009

Respectfully submitted,

*/s Robert D. Rachlin*

Robert D. Rachlin
Downs Rachlin Martin PLLC
Courthouse Plaza
199 Main Street
P.O. Box 190
Burlington , VT 05402-0190
Tel. (802) 863-2375
Fax: (802) 862-7512
Email: rrachlin@drm.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I today caused a true and accurate copy of the Motion to Withdraw as Counsel to be served electronically via the Court's Electronic Case Filing system, which will send notification of such filing to all counsel of record.


Dated: January 28, 2009                                                    /s Robert D. Rachlin
                                                                                              Robert D. Rachlin

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **JOBRAN SAAD AL-QUHTANI, et. al.,**  *Petitioner,* | **Civil Action No. 05-2387 (RMC)** |
| v. | |
| George W. Bush, et. al.,  *Respondent.* | |
| **IN RE:**  **GUANTANAMO BAY DETAINEE LITIGATION** | **Misc. No. 08-442 (TFH)** |

# EXHIBIT A

Declaration of Robert D. Rachlin in Support of
Motion to Withdraw as Counsel

I, Robert D. Rachlin, make the following statements to the best of my personal knowledge and belief:

1. I am the senior director at the law firm of Downs Rachlin Martin PLLC, Courthouse Plaza, 199 Main Street, P.O. Box 190, Burlington, VT 05402-0190. I am licensed to practice law in the state of Vermont. I make this declaration in support of my motion to withdraw as counsel in *Al-Quhtani v. Bush*, No. 05-2387 (RMC) and *In re Guantanamo Bay Detainee Litigation*, Misc. No. 08-442 (TFH).

2. I am unable to obtain written consent from this client to my withdrawal as counsel because he is confined at Guantánamo Bay and I have not had an opportunity to meet with him.

3. Other attorneys at Morrison & Foerster LLP are primarily responsible for the representation of this client. This client does not know my name or that I have worked on his behalf.

4. Therefore, this client would not likely object to my withdrawal.

5. Other counsel at Morrison & Foerster LLP who are well-versed in the Guantánamo litigation are already representing this client and will continue to do so. The client's interest will be well-served.

I declare under penalty of perjury that the foregoing is true to the best of my knowledge and belief. Executed on January 28, 2009.

/s Robert D. Rachlin
Robert D. Rachlin