UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                      )
**JOBRAN SAAD AL-QUHTANI,**           )
                                      )
     Petitioner,            )
                                      )
    v.                          )    Civil Action No. 05-2387 (RMC)
                                      )
**BARACK OBAMA,** *et al.***,**       )
                                      )
     Respondents.           )
_____)

## ORDER

      Before the Court is Petitioner's unopposed motion to stay this matter. Counsel for Petitioner posits that the forthcoming decision on remand in *Bahlul v. United States*, No. 11-1324, 2014 WL 3437485 (D.C. Cir. July 14, 2014) may affect the instant litigation. Accordingly, it is hereby

      **ORDERED** that Petitioner's Unopposed Motion to Stay Proceedings, Dkt. 215, is **GRANTED**; and it is

      **FURTHER ORDERED** that the parties will file a joint status report addressing any further proceedings as may be necessary no later than thirty days after the final resolution of the conspiracy issues in *Bahlul*; and it is

      **FURTHER ORDERED** that the Protective Order will remain in effect throughout the stay.

 

                                                         /s/
                                      ROSEMARY M. COLLYER
Date: August 13, 2014                  United States District Judge